## CONTINUATION IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Joshua White, being duly sworn, depose and state as follows:

### INTRODUCTION

1.      This continuation is submitted for the purpose of obtaining an arrest warrant for TODD ALLEN DUNHAM, for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have served as such since July 2022. Prior to serving as an ATF Special Agent, I was employed by the United States Secret Service as a Uniformed Division Officer for three and a half years. My daily responsibilities while serving were to screen passholders and appointments who had access to the White House Grounds, assist with protectee movements onto and off of the White House Complex, and enforce D.C. Code as well as Federal Law. I have completed the Federal Law Enforcement Training Center (FLETC) Uniformed Police Training program (UPTP) and the Criminal Investigator Training Program (CITP) with a total combination of over 800 hours of classroom and practical training. I have completed ATF's Special Agent Basic Training (SABT) academy with over 500 hours of classroom and practical training. I am presently assigned to ATF's Lansing Office conducting narcotics/firearms investigations.

3.      This Continuation contains only a summary of relevant facts. The facts in this Continuation come from my personal observations, training, experience, and information obtained from other witnesses. I have not included each and every fact

known to me concerning the individuals and events described in this Continuation. This Continuation is made for the purpose of establishing probable cause that DUNHAM committed the crime of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

4.    On February 19, 2026, the Lansing Police Department ("LPD") responded to a 911 call where a male, later identified as TODD ALLEN DUNHAM, arrived at Sparrow Hospital with a gunshot wound to the leg.

5.    DUNHAM was dropped off at the emergency room and provided a description of the car that he arrived in.

6.    Police located the car in Lansing and conducted a traffic stop. The driver said that she was DUNHAM's girlfriend.  Police saw blood and a shell casing in the vehicle in plain view.  They searched the car and found body armor and a suspected improvised explosive device (IED).

7.    Police interviewed the girlfriend.  She advised that she heard a gunshot while sitting inside the vehicle next to DUNHAM.  She saw that he had accidentally shot himself in the leg.  DUNHAM instructed the girlfriend to give the firearm to the homeowner of a house on Genesee Street.

8.    A short time later, a Genesee Street homeowner called 911 and informed law enforcement that DUNHAM's girlfriend gave the firearm to her. Police responded to her home and recovered a Taurus, model: G3C, 9mm pistol, bearing serial number ADM030189 loaded with 9 rounds of assorted 9mm blazer ammunition.

## ADDITIONAL INFORMATION

9.      I spoke with Special Agent Hurt, who the ATF recognizes as having expertise in the interstate nexus of firearms. SA Hurt advised that the Taurus pistol was manufactured outside the State of Michigan.

10.     Todd DUNHAM was prohibited from possessing a firearm because he had been convicted of the following felony offenses:

    a.      1994; 30th Circuit Court-Felony Pistol in Vehicle; Pled Guilty

    b.      1994; 30th Circuit Court- Felon in Possession of a Firearm and CCW-Pled Guilty

    c.      1996: Western District of Michigan – Conspiracy to Import Marijuana-Pled Guilty

    d.      1999: Western District of Michigan – Conspiracy to Distribute and Possession with Intent to Distribute Marijuana, Cocaine, and Heroin & Felon in Possession of a Firearm-Pled Guilty

## CONCLUSION

11.     Based on the facts described above, I believe there is probable cause that TODD DUNHAM violated 18 U.S.C. § 922(g)(1), for being a felon in possession of a firearm.