UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD ALAN DUNHAM,

                      **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**(Felon in Possession of a Firearm)**

On or about February 19, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

TODD ALAN DUNHAM,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Taurus, model G3C, 9mm pistol on his person, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Felon in Possession of Ammunition)**

On or about February 19, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

TODD ALAN DUNHAM,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed Blazer 9mm ammunition in a car, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

TODD ALAN DUNHAM

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Taurus, model G3C pistol and any associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
JULIA M. RUGG
Assistant United States Attorney